**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 20 B 04310 |
| | ) | |
| KARLI M. BARNES, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |

**NOTICE OF MOTION OF SANTANDER CONSUMER USA INC.,
D/B/A CHRYSLER CAPITAL TO MODIFY AUTOMATIC STAY**

VIA ELECTRONIC NOTICE:
To:   Cindy M. Johnson, Esq. (Trustee)          David M. Siegel, Esq. (Debtor's Counsel)
      Johnson Legal Group, LLC                  David M. Siegel & Associates
      140 South Dearborn Street, Suite 1510     790 Chaddick Drive
      Chicago, Illinois 60603                   Wheeling, Illinois 60090

VIA U.S. MAIL:
To:   Karli M. Barnes (Debtor)
      225 South Westgate Drive
      Peotone, Illinois 60468

Please take notice that on the 3rd day of April, 2020 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable LaShonda A. Hunt, or any judge sitting is his/her stead, at the Joliet City Hall, Second Floor, 150 West Jefferson Street, Joliet, Illinois, and then and there present the attached ***Motion of Santander Consumer USA Inc., d/b/a Chrysler Capital to Modify Automatic Stay***, which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Any party who objects to the Motion and wants it called must file a Notice of Objection no later than two (2) business days prior to the presentment date of April 3. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the Motion without a hearing before the presentment date.

                                        Respectfully submitted,
                                        SANTANDER CONSUMER USA INC., D/B/A
                                        CHRYSLER CAPITAL,
                                        Creditor,

David J. Frankel (Ill. #6237097)        By:   /s/ Cari A. Kauffman
Cari A. Kauffman (Ill. #6301778)        One of its attorneys
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at Chicago, Illinois 60608 on this 24th day of March, 2020, before the hour of 5:00 p.m.

                ___/s/ Cari A. Kauffman___

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 20 B 04310 |
| | ) | |
| KARLI M. BARNES, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |

## MOTION OF SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL TO MODIFY AUTOMATIC STAY

SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL ("Santander"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2020), and such other Sections and Rules may apply, to enter an Order modifying the automatic stay provided therein. In support thereof, Santander states as follows:

1. On February 17, 2020, Karli M. Barnes ("Debtor") filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

2. Santander is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2017 Jeep Renegade motor vehicle bearing a Vehicle Identification Number of ZACCJBBB5HPG27643 (the "Vehicle"). (See Ex. "A").

3. The current total outstanding balance due to Santander from the Debtor for the Vehicle is $19,094.53.

4. Debtor has failed to provide Santander with proof of full coverage insurance for the Vehicle listing Santander as the lienholder/loss payee and has failed to make required payments to Santander due on and after February 26, 2020.

5. Additionally, on or about March 2, 2020, Debtor voluntarily surrendered the Vehicle to Santander.

Santander/Barnes/Motion to Modify Stay

6. As such, Santander seeks relief from the automatic stay so that Santander may retain possession of and sell the Vehicle and apply the sales proceeds to the balance due from Debtor.

7. Debtor has not offered, and Santander is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtor has no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtor.

8. Santander will suffer irreparable injury, harm, and damage should it be delayed in foreclosing its security interest in the Vehicle.

9. Santander requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** Santander Consumer USA Inc., d/b/a Chrysler Capital respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay provided by Section 362 of the Bankruptcy Code to permit Santander to retain possession of and foreclose its security interest in the 2017 Jeep Renegade motor vehicle bearing a Vehicle Identification Number of ZACCJBBB5HPG27643; and, for such other, further, and different relief as this Court deems just and proper.

Respectfully submitted,
SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL,
Creditor,
By: ___/s/ Cari A. Kauffman___
One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

Santander/Barnes/Motion to Modify Stay